No. 11-6418. Abraham Yaacov, Petitioner v. Terry Tibbals, Warden.

565 U.S. 989, 132 S. Ct. 525, 181 L. Ed. 2d 369, 2011 U.S. LEXIS 7874.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-6419. Joseph Vargas, Petitioner v. Terry Gonzalez, Acting Warden.

565 U.S. 989, 132 S. Ct. 525, 181 L. Ed. 2d 369, 2011 U.S. LEXIS 7737.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6429. Edward T. Collier, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 989, 132 S. Ct. 525, 181 L. Ed. 2d 369, 2011 U.S. LEXIS 7860.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-6458. Wade Robertson, Petitioner v. William C. Cartinhour, Jr.

565 U.S. 989, 132 S. Ct. 526, 181 L. Ed. 2d 369, 2011 U.S. LEXIS 7773.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 429 Fed. Appx. 1.

No. 11-6465. Salame M. Amr, Petitioner v. Eddie N. Moore, et al.

565 U.S. 989, 132 S. Ct. 526, 181 L. Ed. 2d 369, 2011 U.S. LEXIS 7913,

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 411 Fed. Appx. 584.

No. 11-6474. Earl D. Phiffer, Petitioner v. Wisconsin.

565 U.S. 989, 132 S. Ct. 526, 181 L. Ed. 2d 369, 2011 U.S. LEXIS 7801.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District IV, denied.

Same case below, 323 Wis. 2d 822, 781 N.W.2d 550.

No. 11-6475. Horace McKinney, Petitioner v. Florida.

565 U.S. 989, 132 S. Ct. 527, 181 L. Ed. 2d 369, 2011 U.S. LEXIS 7612.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 66 So. 3d 852.

No. 11-6484. Michael C. Tierney, Petitioner v. Hawaii.

565 U.S. 989, 132 S. Ct. 527, 181 L. Ed. 2d 369, 2011 U.S. LEXIS 7669.

October 31, 2011. Petition for writ of certiorari to the Intermediate Court of Appeals of Hawaii denied.

Same case below, 125 Hawaii 246, 257 P.3d 1223.